Thomas G. Mackey (SBN 174572)
Jamie C. Chanin (SBN 244659)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 – Office
(213) 689-0430 – Fax
MackeyT@jacksonlewis.com
ChaninJ@jacksonlewis.com

Attorneys for Defendants
TARGET CORPORATION, SONYA MORGAN, JORDAN SHARP, DESIREE MCGOWAN and ISRAEL GURROLA

William J. Smith (SBN 056116)
Shelley G. Bryant (SBN 222925)
Amanda B. Newell (SBN 251160)
SMITH & BRYANT, INC.
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 – Office
(559) 432-4871 – Fax
wsmith@smithbryantlaw.com
sbryant@smithbryantlaw.com
anewell@smithbryantlaw.com

Attorneys for Plaintiff
DAVID A. LEON

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. LEON,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, SONYA MORGAN, an individual, DESIREE MCGOWAN, an individual, ISRAEL GURROLA, an individual, JORDAN SHARP, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 1:10-cv-01479-AWI-GSA**<br><br>[Hon. Gary S. Austin]<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date:  October 19, 2010<br>Time:  10:00 a.m.<br>Dept.:  Courtroom #10<br><br>Complaint Filed:  July 12, 2010 |

## ORDER

Having reviewed the Joint Stipulation to Continue Scheduling Conference, and for good cause shown, the Court hereby orders as follows:

The scheduling conference shall be continued to November 16, 2010 at 10:00 a.m. in Courtroom 10.

SO ORDERED AND ADJUDGED.

Dated:  September 24, 2010          /s/ Gary S. Austin
                                    Hon. Gary S. Austin