# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. LEON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota corporation, SONYA MORGAN, an individual, DESIREE MCGOWAN, an individual, ISRAEL GURROLA, an individual, JORDAN SHARP, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | 1:10-cv-1479  AWI GSA<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION**<br><br>(Doc. Nos. 10, 14) |

    Currently set for hearing and decision on November 1, 2010, are Defendants' respective motions to dismiss (Documents 10 and 14). The court has reviewed the moving papers and has determined that these motions are suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 1, 2010, is VACATED, and the parties shall not appear at that time. As of November 1, 2010, the Court will take Defendants' motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE